IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:25-CR-00137-ALM-AGD |
| | § | |
| LAZARO AUGUSTIN MIRABAL | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 2 (sealed).

### PROCEDURAL HISTORY

On July 15, 2021, United States District Judge Ada Brown sentenced defendant Lazaro Augustin Mirabal to 41 months of imprisonment followed by four years of supervised release. *USA v. Lazaro Augustin Mirabal*, No. 3:19-cr-00553-E-1 (N.D. Tex.), Dkt. 50. Mirabal's current term of supervised release commenced August 24, 2022. Dkt. 2 (sealed). On July 16, 2025, United States District Judge Amos L. Mazzant, III, accepted transfer of supervised release from the Northern to the Eastern District of Texas. Dkt. 1.

In August 2025, a probation officer petitioned the court for a warrant, alleging that Mirabal had violated conditions of his supervised release, Dkt. 2 (sealed). The petition alleged that Mirabal had violated conditions that required him not to leave the judicial district without permission, to notify his probation officer if he is arrested or questioned by law enforcement, to answer his probation officer's questions truthfully, and to live at an approved location. *Id.* In support of those allegations, the petition asserted that Mirabal had left the Eastern District of Texas and was questioned by law enforcement in Tampa, Floria. *Id.*

A final revocation hearing was held before me on September 18, 2025. Mirabal pleaded true to allegation one. Minute Entry for Sept. 18, 2025. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 9.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegations two through four in the petition for revocation of Mirabal's supervised release, Dkt. 2 (sealed), be dismissed; (2) Mirabal's supervised release be revoked based on allegation one in the petition, *id.*; (3) Mirabal be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 6 months, with no term of supervised release to follow; and (4) Mirabal be placed in a FCI near Tampa, Florida, if appropriate.

So ORDERED and SIGNED this 27th day of October, 2025.

_____
Don Bush
United States Magistrate Judge